■ PATRICIA PUGLISI et al., Appellants, v INCORPORATED VILLAGE OF FREEPORT, Respondent.—Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Collins, J.), dated December 13, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Thompson, J. P., Rosenblatt, Lawrence and Miller, JJ., concur.